UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BENITO JARA-GONZALEZ,<br><br>Defendant. | Case No. 19-CR-01275-LAB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF SUPERSEDING INDICTMENT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Superseding Indictment in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 7/26/2019

HONORABLE LARRY ALAN BURNS
Chief Judge, United States District Court